IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02387-RPM-MEH

BRIAN KROMER,

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS, L.P., a Texas Limited Partnership,

    Defendant.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

After review of the Stipulated Motion to Dismiss with Prejudice, filed October 26, 2012 [9], it is

ORDERED that the motion is granted and this civil action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED: November 1st, 2012

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge